UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  -vs-<br><br>ARVIN TERRILL CARMEN,<br><br>  Defendants. | No.   2:14-CR-0052-WFN-1<br><br>ORDER |

Pending before the Court is the Government's Motion for Dismissal Without Prejudice. ECF No. 92. The Government requests that the Court dismiss Count 3 of the Indictment. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The United States' Motion for Dismissal Without Prejudice, filed January 15, 2015, **ECF No. 92**, is **GRANTED**.

2. Count Three shall be **DISMISSED without prejudice.**

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 15th day of January, 2015.

01-15-15

                    s/ Wm. Fremming Nielsen
                    WM. FREMMING NIELSEN
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER